**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>          Plaintiff,<br><br>  v.<br><br>MIKE ATKAR, et al.,<br><br>          Defendants. | Case No. 21-cv-02829-BLF<br><br>**ORDER TO SHOW CAUSE** |

No activity has occurred in this case since June 30, 2021. ECF No. 17. Pursuant to General Order 56, the Parties' notice of need for mediation was due on August 13, 2021. General Order 56 ¶ 9. No such notice was filed. Plaintiff is ORDERED TO SHOW CAUSE, in writing, **on or before November 12, 2021**, why this case should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 28, 2021

_____
BETH LABSON FREEMAN
United States District Judge